**Taofeek A. QUADRI Plaintiff-Appellant**

v.

**UNITED STATES of America; Mark T.**

of Arkansas.

**Esper, Secretary of the Army**[1]
**Defendants-Appellees**

**No. 17-2224**

United States Court of Appeals,
Eighth Circuit.

Submitted: January 3, 2018

Filed: January 11, 2018

Taofeek A. Quadri, Pro Se

Claude Shackelford Hawkins, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Arkansas, Fort Smith, AR, for Defendants-Appellees

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

**PER CURIAM.**

Taofeek A. Quadri brought an employment-discrimination action against the Secretary of the Army. The district court concluded that Quadri's claims were non-justiciable under *Feres v. United States*, 340 U.S. 135, 146, 71 S.Ct. 153, 95 L.Ed. 152 (1950), and dismissed the action with prejudice. On appeal, Quadri contends only that the dismissal should have been without prejudice. Having jurisdiction under 28 U.S.C. § 1291, this court agrees. *See Hupp v. U.S. Dep't of Army*, 144 F.3d 1144, 1148 (8th Cir. 1998); *Wood v. United States*, 968 F.2d 738, 740 (8th Cir. 1992).

The judgment is modified to be a dismissal without prejudice, and is otherwise

1.  Mark T. Esper has been appointed to serve as Secretary of the Army, and is substituted as

undisturbed. *See* 8th Cir. R. 47B. The pending motion for a stay is denied.